FILED'07 NOV 21 10:09USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KLAMATH SISKIYOU WILDLANDS CENTER, | Civil No. 07-325-CL |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

**PANNER, Judge.**

On August 2, 2007, Magistrate Judge Clarke filed his Report and Recommendation which recommended denying Plaintiff's motion for summary judgment, and entering judgment for Defendants. Plaintiff timely objected. The matter is before me for *de novo* review. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Having considered the Report and the parties' submissions, and reviewed the disputed documents *in camera*, I find no error. The redactions were proper.

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (# 22) is adopted.  Plaintiff's motion (# 10) for summary judgment is denied.  Judgment is entered for Defendants.

IT IS SO ORDERED.

DATED this 21st day of November, 2007.

*[signature]*
Owen M. Panner
United States District Judge

2 - ORDER